AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 24-CR-398(DG)(TAM) |
| John Doe ) | |
| ) | |
| Defendant ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 10/21/2024

s/ John Doe
*Defendant's signature*

*Signature of defendant's attorney*

Arthur L. Aidala
*Printed name of defendant's attorney*

Taryn A. Merkl
*Judge's signature*

Taryn A. Merkl, U.S. Magistrate Judge
*Judge's printed name and title*

COURT'S
EXHIBIT NO. 3
IDENTIFICATION/EVIDENCE
DKT. # 24-CR-398 (DG)
DATE: 10-21-2024