UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X

United States of America

       - against -                         24-CR-398(DG)(TAM)

John Doe

---------------------------------------------------------X
TARYN A. MERKL, U.S.M.J.:

## CONSENT TO HAVE A PLEA TAKEN BEFORE UNITED STATES MAGISTRATE JUDGE TARYN A. MERKL

     United States Magistrate Judge Taryn A. Merkl has informed me of my right to have my plea taken before a United States District Judge. I have further been advised, however, that I may consent to have my plea taken before Magistrate Judge Taryn A. Merkl. I understand that I will suffer no prejudice if I refuse to so consent. I further understand that if I do not consent, the District Court Judge assigned rather than the Magistrate Judge will conduct the plea allocution.

     After having discussed this matter fully with my counsel, I hereby consent to enter my plea before United States Magistrate Judge Taryn A. Merkl.

                                                        s/ John Doe
                                                        _____
                                                        Defendant

_____           _____
United States Attorney, E.D.N.Y.         Attorney for the Defendant


By:  __Breon Peace_____
       United States Attorney


Dated:  10/21/2024

COURT'S
EXHIBIT NO. 2
IDENTIFICATION/EVIDENCE
DKT. # 24-CR-398 (DG)
DATE: 10-21-2024