

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JKW
F. #2020R0028

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 22, 2024

By E-mail and ECF

The Honorable Diana Gujarati
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: United States v. John Doe
       Criminal Docket No. 24-398 (DG)

Dear Judge Gujarati:

  During a proceeding on October 21, 2024, the defendant John Doe pleaded guilty before United States Magistrate Judge Taryn A. Merkl to a single-count information, alleging that he conspired to commit securities fraud, in violation of Title 18, United States Code, Section 371. By this letter, the government respectfully requests that the Court accept the defendant's plea of guilty. The Court has scheduled the defendant's sentencing for April 22, 2025 at 10:00 a.m.

  The government encloses a proposed order and provides the Court, under separate cover, with a transcript of the plea hearing, at the conclusion of which Judge Merkl recommended that this Court accept the defendant's guilty plea. See Tr. 37:21–23.

            Respectfully submitted,

            BREON PEACE
            United States Attorney

        By:  /s/
            Jessica K. Weigel
            Assistant U.S. Attorney
            (718) 254-6157

Enclosure
cc: Clerk of the Court (by ECF)
   Arthur Aidala, Esq. (by Email and ECF)