```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF NEW YORK
```

------------------------------X **Docket#**
UNITED STATES OF AMERICA,        : 24-cr-00398-DG
                                 :
                                 :
                                 :
    - versus -                   : U.S. Courthouse
                                 : Brooklyn, New York
JOHN DOE,                        :
                                 : November 21, 2024
              Defendant          : 2:37 p.m.
------------------------------X

```
        TRANSCRIPT OF CRIMINAL CAUSE FOR SUPPLEMENTAL PLEA
            BEFORE THE HONORABLE TARYN A. MERKL
              UNITED STATES MAGISTRATE JUDGE
```

**A    P    P    E    A    R    A    N    C    E    S:**


**For the Government**:        **Breon S. Peace, Esq.**
                              United States Attorney

                        BY:   **Jessica Weigel, Esq.**
                              Assistant U.S. Attorney
                              271 Cadman Plaza East
                              Brooklyn, New York 11201


**For the Defendant**:         **Arthur L. Aidala, Esq.**
                              Aidala, Bertuna & Kamins, P.C.
                              546 Fifth Avenue
                              New York, NY 10036


**Transcription Service**:     **Transcriptions Plus II, Inc.**
                              61 Beatrice Avenue
                              West Islip, New York 11795
                              RL.Transcriptions2@gmail.com


Proceedings recorded by electronic sound-recording,
transcript produced by transcription service

2

Proceedings

THE CLERK:  This is Criminal Cause for a Supplemental Plea Hearing, docket 24-cr-398, *USA v. John Doe.*

Will the parties please state their appearances for the record starting with the government?

MS. WEIGEL:  Good afternoon, your Honor. Jessica Weigel on behalf of the government.

MR. AIDALA:  Arthur Aidala, A-I-D-A-L-A, for Mr. John Doe.  Good afternoon, your Honor.

THE COURT:  Good afternoon to you both.

So Mr. Doe, we're here today for, as my courtroom deputy indicated, a supplemental plea proceeding.  We were together a relatively short time ago.  Actually, exactly one month ago, October 21, 2024, where you entered your plea of guilty.

And today, I wanted to just go over a couple of more matters related to that plea.  So in order to do so, sir, I just want to go over some preliminaries.

As you know, pleading guilty is a very serious and I will need to ask you a few questions as we go through today's proceedings to make sure that you understand any rights that you are waiving by proceeding before me and any consequences of your plea, as well as your knowledge that you could have any proceeding relating to your plea occur before Judge Gujarati.

Transcriptions Plus II, Inc.

3

Proceedings

So I am going to need to ask you some questions and I would ask that your answers to my questions be made under oath. So at this time my courtroom deputy will swear you in using the name John Doe.

THE DEPUTY: Please raise your right hand.

J O H N   D O E,

  called as a witness, having been first duly sworn,

    was examined and testified as follows:

THE COURT: All right. So Mr. Doe, you are now under oath. And as we talked about the last time, if you were to answer falsely to any of my questions, the government could prosecute you for perjury or making a false statement and may use against you in any such prosecution any statement that you make under oath today. Do you understand that, Mr. Doe?

THE DEFENDANT: Yes, your Honor.

THE COURT: If you do not understand any of the questions today, please just let me know. If you need something repeated, please just let me know. Okay?

THE DEFENDANT: Yes.

THE COURT: In addition, if you would like to consult with your attorney at any time or for any reason, please just alert him and we will take a short recess for you to speak to your counsel.

So Mr. Doe, as you know, this case is assigned

4

Proceedings

to the Honorable Diane Gujarati.  She is the judge who will sentence you and make the ultimate decision as to whether to accept your guilty plea.  If you wish, you have the absolute right to plead before her and there will be no prejudice to you.  Or if you wish, I will listen to this supplemental proceeding.  A transcript will be made by the court reporter and then Judge Gujarati will review the transcript.  Do you understand that?

THE DEFENDANT:  Yes.

THE COURT:  Do you understand -- so is it correct, sir, that you wish to give up your right to have Judge Gujarati conduct these proceedings and instead proceed here today before me?

THE DEFENDANT:  Yes, your Honor.

THE COURT:  Okay.  I'm going to hand down a form marked Consent to Have a Plea Taken Before United States Magistrate Judge Taryn Merkl.  This one bears today's date, November 21st.  It is marked as Court Exhibit 1 with today's date.

So Mr. Doe, taking a look at that form, does that reflect your signature on behalf of the defendant, sir?

THE DEFENDANT:  Yes, it does.

THE COURT:  Mr. Aidala, is that your signature

Proceedings

on behalf of counsel for the defense?

MR. AIDALA:  Yes, Judge.

THE COURT:  And Ms. Weigel, is that your signature for the prosecution?

MS. WEIGEL:  It is, your Honor.

THE COURT:  Thank you.  Prior to signing this form, Mr. Doe, did you have the opportunity to read it?

THE DEFENDANT:  Yes, I did.

THE COURT:  Did you have the opportunity to discuss it with your counsel?

THE DEFENDANT:  Yes, I did.

THE COURT:  And do you have any questions about your right to proceed before Judge Gujarati?

THE DEFENDANT:  I have no questions.

THE COURT:  All right.  So I do find that the defendant is aware of his right to proceed before Judge Gujarati and has knowingly signed this consent form.

I just want to make sure, sir, that your decision to plead guilty before me is voluntary and of your own free will.  Is it?

THE DEFENDANT:  Yes, it is.

THE COURT:  Has anyone threatened you or have any promises been made to you in order to induce you to proceed before me here today?

THE DEFENDANT:  No, there's nothing.

6

Proceedings

THE COURT:  So I'm going to endorse this form as well and it will be made a part of the record.

All right.  So in the last proceeding, as you know, we directed that this case proceed as John Doe.  So rather than asking you to state your full name, I will ask the prosecutor, Ms. Weigel, is the individual who is seated at the table as John Doe the individual who was identified in the underlying indictment to the best of your knowledge and belief?

MS. WEIGEL:  Yes, your Honor.

THE COURT:  Mr. Aidala, same question to you. Is the individual who is seated next you who's being identified as John Doe the named defendant in this case?

MR. AIDALA:  Yes, your Honor.

THE COURT:  All right.  Mr. Doe, how old are you?

THE DEFENDANT:  I'm 63.

THE COURT:  And how much education have you had?

THE DEFENDANT:  I have four years of college.

THE COURT:  And we established previously that you do speak and understand English fluently, correct?

THE DEFENDANT:  Yes.  Yes, I do.

THE COURT:  Have you had any difficulty, Mr. Aidala, in communicating with your client?

Transcriptions Plus II, Inc.

Proceedings

MR. AIDALA:  Absolutely not, your Honor.

THE COURT:  And Mr. Doe, have you had any difficulty communicating with your attorney?

THE DEFENDANT:  No, absolutely not.

THE COURT:  Are you currently or have you recently been under the care of a doctor or a psychiatrist for any reason?

THE DEFENDANT:  No, I have not.

THE COURT:  Have you ever been treated or hospitalized for any mental or emotional problems?

THE DEFENDANT:  No, I have not.

THE COURT:  Have you ever been treated or hospitalized for any type of addiction including drugs, prescription medicine, or alcohol addiction?

THE DEFENDANT:  No, your Honor.

THE COURT:  Have you taken any drugs, medicine, or pills or had any alcoholic beverages in the past 24 to 48 hours?

THE DEFENDANT:  I had a beer last night.

THE COURT:  And the beer you had was just a normal over the counter purchase at the grocery store kind of beer?

THE DEFENDANT:  That's correct, yes.

THE COURT:  All right.  And are you still feeling the effects of that alcohol in any way?

8

Proceedings

THE DEFENDANT:  No.  No, not at all.

THE COURT:  As you sit here is your mind clear?

THE DEFENDANT:  Yes, it is.

THE COURT:  Do you understand what is happening so far?

THE DEFENDANT:  I do.

THE COURT:  And we established last time, but I just want to reaffirm have you fully discussed this case and the matter of pleading guilty with your attorney?

THE DEFENDANT:  I have, yes.

THE COURT:  Mr. Aidala, do you agree with that?

MR. AIDALA:  Yes, your Honor.

THE COURT:  And in your judgment, does the defendant understand the rights he is waiving by pleading guilty in this case?

MR. AIDALA:  Absolutely, your Honor.

THE COURT:  And in your judgment, is he capable of understanding the nature of the proceedings here today?

MR. AIDALA:  Yes, your Honor.

THE COURT:  Mr. Aidala, do you have any doubt whatsoever about Mr. Doe's competence to supplement his guilty plea at this time?

MR. AIDALA:  I have no doubt whatsoever, Judge.

THE COURT:  Okay.  So as the parties know,

9

Proceedings

during the last proceeding we went over all of the details of the written agreement that has been entered into in this case.  We discussed the penalties, the sentencing guidelines, all of the factors that Judge Gujarati must consider in determining sentence in this case.

Do you have any questions about the prior proceeding, Mr. Doe, or are there any other things --

THE DEFENDANT:  No, no questions.

THE COURT:  Is there anything you'd like to clarify with regard to the prior proceedings?  Anything that's still a lingering question in your mind?

THE DEFENDANT:  No, nothing.

THE COURT:  Okay.  And we also at the prior proceeding went over certain rights that you have and would be giving up if you entered a guilty plea.  Do you have any questions about your rights?

THE DEFENDANT:  No questions.

THE COURT:  Are you still willing to give up your right to a trial and all of the rights we discussed in the prior proceeding?

THE DEFENDANT:  Yes, your Honor.

THE COURT:  Have you had ample time to discuss this decision with your attorney?

THE DEFENDANT:  Yes, I have.

10

Proceedings

THE COURT:  And are you fully satisfied with the counsel representation and advice that has been given to you thus far by your lawyer?

THE DEFENDANT:  Yes.

THE COURT:  All right.  So at the prior proceeding, we talked about -- after your allocution I asked you various questions about whether or not you were voluntarily and knowingly giving up your right to a trial and entering the guilty plea.

Specifically at the prior proceeding, I asked you the following question, are you making your plea of guilty voluntarily and of your own free will?  And I'll ask that question again.

Mr. Doe, the plea of guilty that you entered on October 21, 2024, did you make that plea of guilty voluntarily and of your own free will, sir?

THE DEFENDANT:  Yes, your Honor.

THE COURT:  Did anybody threaten, force, or pressure you to plead guilty in the prior proceeding?

THE DEFENDANT:  No.

THE COURT:  Other than the written agreement with the government that was marked as Court Exhibit 1 during the prior proceeding, did anybody make any promises to you that have caused you to enter a plea of guilty in this case?

Transcriptions Plus II, Inc.

11

Proceedings

THE DEFENDANT:  No.

THE COURT:  Has anyone promised you what sentence you would receive from the judge if you do plead guilty?

THE DEFENDANT:  No.

THE COURT:  Okay.  That's really what I wanted to cover.  I just wanted to amplify the record somewhat as to the voluntariness and willingness of your prior plea.

So at this point, Mr. (redacted) having -- so sorry, I just did it.  Mr. Doe.  If this is ever transcribed, please do redact his name that I just stated on the record.  My mistake.  Mr. Doe, is there anything else that you would like to go over or have clarified at this time, sir?

THE DEFENDANT:  No.  I'm satisfied, comfortable.  Thank you.

THE COURT:  Ms. Weigel, is there anything else you think we should cover?

MS. WEIGEL:  No, your Honor.  Thank you.

THE COURT:  Mr. Aidala?

MR. AIDALA:  Thank you very much, your Honor.

THE COURT:  All right.  Thank you.

So having supplemented the record, it is my recommendation to Judge Gujarati that she accept your

Transcriptions Plus II, Inc.

12

Proceedings

plea pursuant to the terms of the plea that we went over on October 21st and that the plea that was entered on that date and reaffirmed today was knowingly and voluntarily made with no external force, threats, or promises other than those that were gone over at the prior proceeding.

Thank you all for coming in and supplementing the record.  Appreciate it.

MR. AIDALA:  Thank you.

MS. WEIGEL:  Thank you.

(Matter concluded)

-oOo-

Transcriptions Plus II, Inc.

13

**C E R T I F I C A T E**


I, MARY GRECO, hereby certify that the foregoing transcript of the said proceedings is a true and accurate transcript from the electronic sound-recording of the proceedings reduced to typewriting in the above-entitled matter.


I FURTHER CERTIFY that I am not a relative or employee or attorney or counsel of any of the parties, nor a relative or employee of such attorney or counsel, or financially interested directly or indirectly in this action.


IN WITNESS WHEREOF, I hereunto set my hand this **22nd** day of **November**, 2024.


_Mary Greco_
Transcriptions Plus II, Inc.